UNITED STATES *v.* PENN-OLIN CHEMICAL
CO. ET AL.

No. 26.   Argued December 7, 1967.—Decided December 11, 1967.

*Edwin M. Zimmerman* argued the cause for the United
States.   With him on the briefs were *Solicitor General
Griswold, Assistant Attorney General Turner, Ralph S.
Spritzer, Daniel M. Friedman* and *Richard A. Posner.*

*Albert R. Connelly* and *H. Francis DeLone* argued the
cause for appellees.   With them on the brief were *William S. Potter, John W. Barnum* and *Eugene P. Souther.*

PER CURIAM.

The judgment of the United States District Court for
the District of Delaware is affirmed by an equally divided
Court.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.